UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHEILA D. GREEN<br><br>　　　　　Defendant(s) | No.  2:09-cv-07810-URC<br><br>[Proposed]<br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[CENTINELA HOSPITAL MEDICAL CENTER]** |

　　　The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to CENTINELA HOSPITAL MEDICAL CENTER, ATTN.: PAYROLL DEPARTMENT with regard to defendant judgment-debtor SHEILA D. GREEN, finds that the issuance of the Writ is proper under the

Circumstances of this case,

1

HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing Garnishment with respect to CENTINELA HOSPITAL MEDICAL CENTER, ATTN.: PAYROLL DEPARTMENT in the form submitted by the Plaintiff United States of America.

DATED: ~~C~~  October 15           , 2018.

_____
UNITED STATES DISTRICT JUDGE